WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, NA. (incorrectly identified as Wells Fargo Bank, N.A. f/k/a Wells Fargo Home Mortgage Inc. f/k/a Norwest Mortgage Inc.).*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. SCHAUSS AND HILLARY S. SCHAUSS,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.A. FKA WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC.; LISA ROGERS; RESI Finance Limited Partnership 2006-A Trust; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br>Defendants. | Case No.: 3:12-cv-00075-RCJ-VPC<br><br>**ORDER TO DISMISS PLAINTIFF'S COMPLAINT AND EXPUNGE LIS PENDENS**<br><br>**Hearing Date: May 29, 2012**<br>**Hearing Time: 10:00 a.m.** |

Defendants Wells Fargo Bank, N.A.'s Motion to Dismiss (Docket #5) and Motion to Expunge Lis Pendens (Docket #6), having come on for hearing on May 29, 2012, with Donna M. Osborn, Esq. appearing for Defendants Wells Fargo Bank, N.A. and Rick Lawton, Esq. appearing for Plaintiffs, Mark and Hilary Schauss, the Court having reviewed the pleadings and

papers on file, being fully advised in the premises, having heard the arguments of counsel, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter, including any and all claims, counterclaims, or crossclaims that were asserted or could have been asserted by the Parties against one another, is dismissed with prejudice as to Defendants, Wells Fargo Bank, N.A. (collectively referred to as "Defendants"), and all other Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any Lis Pendens recorded by Plaintiffs recorded on December 19, 2011 as Document Number 4068103 in the Official Records of the Washoe County, Nevada in association with this action on the subject property at 2430 Solitude Drive Reno, NV 89511, A.P.N. 049-604-04, legally described as:

> LOT 12 IN BLOCK II OF LANCER ESTATES UNIT 6, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MAY 18, 1994, AS FILE NO. 1798400, TRACT MAP NO. 3040.

is hereby cancelled, and this cancellation shall have the effect of an expungement of it and it shall have from this day forward have no force or effect.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each of the Parties is to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this case is hereby closed.

///
///
///
///
///
///
///
///

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order (or other appropriate notice) canceling the Notices of Pendency of Action or Lis Pendens', with the Washoe County Recorder's Office within five business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

**IT IS SO ORDERED.**

DATED: June 12, 2012

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP

_____
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendant,*
*Wells Fargo Bank, NA. (incorrectly identified as Wells Fargo Bank, N.A. f/k/a Wells Fargo Home Mortgage Inc. f/k/a Norwest Mortgage Inc.)*